**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HELEN J. CONNORS,

Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

Defendant.

Civil Action No. CA 05 414ML

MOTION FOR LEAVE TO FILE EXHIBIT
EXCEEDING 20 PAGES

Defendant hereby moves for leave of Court to file an Exhibit to his Motion for Summary Judgment which exceeds twenty (20) pages. As grounds for this motion, Defendant states that the Exhibit consists of the administrative record which forms the basis of the Complaint. Out of fairness to the Plaintiff, it would be in inappropriate to file only those pages cited by Defendant. Moreover, the Court may wish to view pages immediately preceding or succeeding those cited in order to put the statements alleged in context.

RESPECTFULLY SUBMITTED,
JOHN E. POTTER, JR.
POSTMASTER GENERAL

By His Attorneys,

Granted.
Mary M. Lisi
USDJ 12/30/05

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

Lisa Dinerman Bar #2689
Assistant U.S. Attorney
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903
401 709-5000
401 709-5017 Fax

Dated:

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Summary Judgment and to Dismiss have been sent, postage prepaid, to Michael D. Coleman, Esq., Greenwich Village, 1050 Main Street, Suite 22, East Greenwich, Rhode Island 02818, this 21st day of December, 2005.