**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HELEN J. CONNORS,**

**Plaintiff,**

**V.** **Civil Action Number CA 05 414ML**

**JOHN E. POTTER,**
**POSTMASTER GENERAL,**
**UNITED STATES POSTAL SERVICE**

## PLAINTIFF'S RULE 56 STATEMENT

Now comes the Plaintiff, Helen J. Connors, and pursuant to Rule 56 of the Local Rules of Civil Procedure files this her Statement of Disputed Facts.

1. Plaintiff disputes the conclusory statement in Paragraph 7 of Defendant's Rule 12.1 Statement to the effect that "....she made a mistake and had misinterpreted the job requirements...." referring to Human Resource Specialist Debra E. Judge. Plaintiff does not controvert the validity of the documents referenced by Defendant.

2. Plaintiff disputes the use of the term "correction" in Paragraph 8 of Defendant's Rule 12.1 Statement and also disputes the applicability of the Arbitrator's Decision cited In Paragraphs 8,9 10, 11 and 12 to the instant matter.

3. Plaintiff disputes the allegation set forth in Paragraphs 14 and 15 of Defendant's Rule 12.1 Statement where it states that Mr. Gagnon had good qualifications for the job and was qualified to drive all types of postal vehicles as Mr. Gagnon was not qualified on all postal vehicles at the time the job was awarded to him and he was in fact allowed time to be trained on postal vehicles **after** he was awarded the job. While Mr. Gagnon was afforded the opportunity to become qualified on some postal vehicles Plaintiff's request to be afforded an opportunity to obtain a CDL was denied. Defendant's Exhibit 1, pages 18-19.

4. Plaintiff objects to the conclusion set forth in Paragraph 18 of Defendant's Rule 12.1 Statement as the role of Michelle Palardy in this matter should be determined pursuant to Discovery in the within action; Plaintiff does not dispute that Ms. Palardy signed the document cited by Defendant at Exhibit 1, page 78.

Respectfully submitted,

PLAINTIFF

HELEN J. CONNORS
By her Attorney,

Michael D. Coleman (#2021)
1050 Main Street Suite 22
East Greenwich, RI 02818
(401)885-8887 Fax (401)885-6082

**CERTIFICATION**

I hereby certify that a copy of the within Plaintiff's Rule 56 Statement was sent, postage prepaid, to Lisa Dinerman, Esq., Assistant U.S. Attorney, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, R.I. on the 12th day of January, 2006

Michael D. Coleman (#2021)