IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HELEN J. CONNORS, Plaintiff, | ) | |
| v. | ) | C. A. No. 05-414ML |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Now comes plaintiff Helen J. Connors and Defendant John E. Potter, in his official capacity as Postmaster General of the United States of America, by and through their undersigned counsel, and hereby stipulate and agree that, plaintiff's claims against the United States Postal Service, are voluntarily dismissed by plaintiff with prejudice, each party to bear its own fees, costs, and expenses.

ANTHONY C. DIGIOIA
Assistant U.S. Attorney
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA,
POSTAL SERVICE
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000

MICHAEL D. COLEMAN, ESQ. #2021
ATTORNEY FOR PLAINTIFF
1050 Main Street, Suite 22
East Greenwich 02818-3162
(401) 885-8887

Enter: Mary M. Lisi USDJ 4/19/06